JACK LINSKY et al., Copartners under the Name of SPEED PRODUCTS COMPANY, Appellants, v. IRVING HIRSCH et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and grant judgment for plaintiffs.

CATHERINE O'CONNOR, an Infant, by FLORENCE O'CONNOR, Her Guardian ad Litem, et al., Appellants, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS BERNSTEIN, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

DOROTHY ALGEO, Respondent, v. 410 WEST 207TH STREET CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHAS. LINDNER & MARCHESI, INC., Respondent, v. JOSEPH GLUCK, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, Appellant-Respondent, v. CHEMICAL BANK & TRUST COMPANY et al., as Executors of JESSE SHARP, Deceased, et al., Respondents-Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to modify by granting summary judgment for the defendants.

TRINITY OPERATING COMPANY, INC., Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CLEO COSTUME CO., INC., Appellant, v. PEERLESS TAILOR DRESSES, INCORPORATED, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JACOB A. L. MOLLER, Suing for Himself as Stockholder and All Other Stockholders of Standard Products Corporation in Like Situation, Appellant, v. STANDARD PRODUCTS CORPORATION et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ELIZABETH C. STONBOROUGH, Respondent, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [180 Misc. 339.]

In the Matter of the Estate of SOPHIA L. CAULDWELL, Deceased. State Tax Commission, Appellant; Chase National Bank of City of New York, as Executor and Trustee, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [178 Misc. 916.]